# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LEE STANSBERY, | CASE NO. 1:11-cv-01605-LJO-DLB PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS |
| v. | |
| J. BENAK, et al., | ECF No. 19 |
| Defendants. | |

Plaintiff Kenneth Lee Stansbery ("Plaintiff") is a California state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. This action was removed from state court by Defendants Allen, Bangi, Benak, Cate, Muehldorf, and St. Clair. On August 17, 2012, Plaintiff filed his First Amended Complaint. ECF No. 16. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 27, 2013, the Magistrate Judge filed a Findings and Recommendations which was served on the parties and which contained notice to the parties that any objection to the Findings and Recommendations was to be filed within fourteen days. Plaintiff filed an Objection to the Findings and Recommendations on March 15, 2013. ECF No. 20.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed February 27, 2013, is adopted in full; and

2. This action proceeds on Plaintiff's Eighth Amendment claim against Defendant J. Benak for deliberate indifference to a serious medical need;

3. All other claims are dismissed for failure to state a claim upon which relief may be granted;

4. Defendants Muehldorf, Bangi, Allen, St. Clair, Cate, and Does 1 through 20 are dismissed from this action; and

5. Defendant Benak is ordered to serve and file a responsive pleading within **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

Dated: **April 4, 2013**          /s/  Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE